THE PEOPLE OF THE STATE OF NEW YORK ex rel. MYRON D. REAMY, Appellant, v. DIRECTOR OF CENTRAL ISLIP STATE HOSPITAL, Respondent.—

Christ, P. J., Hopkins, Martuscello, Latham and Benjamin, JJ., concur.

MIRIAM RABINOWITZ, Respondent, v. SIDNEY RABINOWITZ, Appellant.

Christ, P. J., Rabin, Munder, Latham and Kleinfeld, JJ., concur.

GUENTER REIMANN, Appellant, v. CITY OF NEW YORK et al., Respondents.—

Christ, P. J., Rabin, Martuscello, Kleinfeld and Benjamin, JJ., concur.